Certificate Number: 14912-PAE-DE-035759500

Bankruptcy Case Number: 21-11482



14912-PAE-DE-035759500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2021, at 1:24 o'clock PM EDT, Omar Touri completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 15, 2021               By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title: Counselor