UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Omar Touri | Chapter 13<br>Bankruptcy No.21-11482-PMM |
| Debtor | |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 18th day of August, 2021, by first class mail upon those listed below:

Omar Touri
83 Sycamore Dr.
Reading, PA  19606

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
656 EBERSOLE ROAD
READING, PA  19605

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee