United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Omar Touri  
    Debtor

Case No. 21-11482-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Aug 11, 2022      Form ID: 155      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Omar Touri, 83 Sycamore Dr., Reading, PA 19606-9538 |
| 14610462 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14610474 | | David J Apothaker Esq, 520 Fellowship Rd Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14610477 | | Michael J. Dougherty, Esq., Weltman Weinberg & Reis Co, LPA, 170 S. Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |
| 14610478 | + | Monika Touri, 83 Sycamore Dr., Reading, PA 19606-9538 |
| 14611327 | + | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14610456 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 11 2022 23:52:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 14610457 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2022 23:56:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14610458 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 11 2022 23:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14610468 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 11 2022 23:52:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 14614380 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 11 2022 23:52:00 | Citizens Bank, N.A., One Citizens Bank Way, Mailstop JCA115, Johnston RI 02919 |
| 14610459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14612845 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 11 2022 23:56:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14610460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 23:56:12 | Capital One/Younkers, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610461 | + | Email/Text: bankruptcy@cavps.com | Aug 11 2022 23:52:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14613252 | + | Email/Text: bankruptcy@cavps.com | Aug 11 2022 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14610465 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2022 00:07:41 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610466 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 23:56:14 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 21-11482-pmm    Doc 48    Filed 08/13/22    Entered 08/14/22 00:26:44    Desc Imaged
                         Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: 155 | Total Noticed: 42 |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14610467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2022 23:56:09 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 14610470 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610471 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14610472 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610473 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2022 23:52:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14612457 | | Email/Text: mrdiscen@discover.com | Aug 11 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14610475 | + | Email/Text: mrdiscen@discover.com | Aug 11 2022 23:52:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14610476 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 11 2022 23:52:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 14610463 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2022 23:56:17 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14610464 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2022 23:56:12 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14610479 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 11 2022 23:52:00 | Quicken Loans, Inc., 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14616624 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 11 2022 23:52:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14610480 | ^ | MEBN | Aug 11 2022 23:50:35 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14610481 | ^ | MEBN | Aug 11 2022 23:50:24 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14610482 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:12 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610483 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:07 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610485 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610486 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:17 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14610484 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2022 23:56:17 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610489 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 11 2022 23:52:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14610487 | + | Email/Text: bncmail@w-legal.com | Aug 11 2022 23:52:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14610488 | + | Email/Text: documentfiling@lciinc.com | Aug 11 2022 23:52:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14615977 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 11 2022 23:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14610490 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 12 2022 00:07:31 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 36

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Aug 11, 2022 | Form ID: 155 | Total Noticed: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14610469 | | Citizens Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Omar Touri bankruptcy@davidtiddlaw.com  lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Omar Touri
       Debtor(s)                                  Chapter: 13

                                   Bankruptcy No: 21−11482−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 11th day of August 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Patricia M. Mayer
                                                       Judge ,
                                                       United States Bankruptcy Court