Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-11482-PMM**

Omar Touri  
83 Sycamore Dr.  
Reading  PA    19606

Petition Filed Date: 05/24/2021  
341 Hearing Date: 06/22/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/07/2021 | $40.00 | | 07/06/2021 | $40.00 | | 08/04/2021 | $40.00 | |
| 09/07/2021 | $40.00 | | 10/05/2021 | $40.00 | | 11/04/2021 | $40.00 | |
| 12/06/2021 | $40.00 | | 01/04/2022 | $40.00 | | 02/04/2022 | $40.00 | |
| 03/07/2022 | $40.00 | | 04/04/2022 | $40.00 | | 05/05/2022 | $40.00 | |
| 06/07/2022 | $40.00 | | 07/06/2022 | $40.00 | | | | |

**Total Receipts for the Period: $560.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,127.78 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $11,120.48 | $0.00 | $0.00 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $17,156.99 | $0.00 | $0.00 |
| 4 | CITIZENS BANK NA<br>»» 004 | Unsecured Creditors | $5,851.68 | $0.00 | $0.00 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | QUICKEN LOANS INC<br>»» 006 | Mortgage Arrears | $2,321.67 | $0.00 | $0.00 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,688.00 | $0.00 | $3,688.00 |

**Chapter 13 Case No. 21-11482-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $560.00 | Current Monthly Payment: | $131.00 |
| Paid to Claims: | $0.00 | Arrearages: | $91.00 |
| Paid to Trustee: | $48.00 | Total Plan Base: | $6,677.00 |
| Funds on Hand: | $512.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.