| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 21-11482-PMM

| | |
|---|---|
| Omar Touri | Petition Filed Date: 05/24/2021 |
| 83 Sycamore Dr. | 341 Hearing Date: 06/22/2021 |
| Reading  PA    19606 | Confirmation Date: 08/11/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $131.00 | | 09/05/2023 | $131.00 | | 10/05/2023 | $131.00 | |
| 11/06/2023 | $131.00 | | 12/05/2023 | $131.00 | | 01/05/2024 | $131.00 | |
| 02/05/2024 | $131.00 | | 03/06/2024 | $131.00 | | 04/04/2024 | $131.00 | |
| 05/06/2024 | $131.00 | | 06/04/2024 | $131.00 | | 07/08/2024 | $131.00 | |

**Total Receipts for the Period: $1,572.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,744.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,127.78 | $0.00 | $5,127.78 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $11,120.48 | $0.00 | $11,120.48 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $17,156.99 | $0.00 | $17,156.99 |
| 4 | CITIZENS BANK NA<br>»» 004 | Unsecured Creditors | $5,851.68 | $0.00 | $5,851.68 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | QUICKEN LOANS INC<br>»» 006 | Mortgage Arrears | $2,321.67 | $0.00 | $2,321.67 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,688.00 | $3,404.60 | $283.40 |

**Chapter 13 Case No. 21-11482-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,744.00 | Current Monthly Payment: | $131.00 |
| Paid to Claims: | $3,404.60 | Arrearages: | $182.00 |
| Paid to Trustee: | $339.40 | Total Plan Base: | $6,677.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.