**Fill in this information to identify the case:**

Debtor 1          **Omar Touri**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Eastern District of Pennsylvania**

(State)

Case Number      **21-11482-PMM**

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |

**Name of claim holder:**   QUICKEN LOANS INC

**Court claim no.** (if known):
6-1

**Last 4 digits** of any number you use to identify the debtor's account:      5   3   7   0

**Property Address:**        83 SYCAMORE DR
Number        Street

READING                                                   PA      19606
City                                                      State   ZIP Code

| Part 2: | Statement of Completion |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |

|  | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 2,321.67 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 2,321.67 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 2,321.67 |

**Part 4:   Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $_____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:   Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $_____ -0-

**Part 6:   A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman                                   Date   07/23/2026
Signature

Trustee   Scott F. Waterman
First Name          Middle Name          Last Name

Address   2901 St. Lawrence Avenue, Suite 100
Number        Street

Reading                                  PA      19606
City                                  State    ZIP Code

Contact phone   (610) 779-1313          Email   info@ReadingCh13.com

| Debtor 1 | **Omar Touri** | | Case Number **21-11482-PMM** | Page 1 |
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 11/15/2024 | 17255320 | Disbursement To Creditor/Principal | 72.92 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 12/20/2024 | 17256126 | Disbursement To Creditor/Principal | 119.21 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 01/17/2025 | 17256861 | Disbursement To Creditor/Principal | 119.21 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 02/21/2025 | 17257637 | Disbursement To Creditor/Principal | 119.21 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 03/21/2025 | 17258484 | Disbursement To Creditor/Principal | 119.21 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 04/17/2025 | 17259258 | Disbursement To Creditor/Principal | 123.80 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 05/22/2025 | 17260053 | Disbursement To Creditor/Principal | 123.80 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 06/13/2025 | 17260812 | Disbursement To Creditor/Principal | 123.80 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 07/18/2025 | 17261626 | Disbursement To Creditor/Principal | 123.80 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 08/22/2025 | 17262490 | Disbursement To Creditor/Principal | 123.80 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 09/19/2025 | 17263340 | Disbursement To Creditor/Principal | 123.80 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 10/24/2025 | 17264216 | Disbursement To Creditor/Principal | 120.91 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 11/21/2025 | 17265023 | Disbursement To Creditor/Principal | 120.91 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 12/17/2025 | 17265762 | Disbursement To Creditor/Principal | 120.91 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 01/16/2026 | 17266555 | Disbursement To Creditor/Principal | 120.91 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 02/20/2026 | 17267406 | Disbursement To Creditor/Principal | 120.91 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 03/20/2026 | 17268285 | Disbursement To Creditor/Principal | 120.91 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 04/17/2026 | 17269116 | Disbursement To Creditor/Principal | 120.91 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 05/15/2026 | 17269939 | Disbursement To Creditor/Principal | 120.91 |
| 6-1 | QUICKEN LOANS INC | Pre-Petition Arrears | 06/17/2026 | 17270779 | Disbursement To Creditor/Principal | 61.83 |

Total for Claim Number 6-1: 2,321.67

**Total for Part 3 - b (Prepetition Arrears):** **2,321.67**