United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 21-11482-pmm

Omar Touri                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                        Page 1 of 1

Date Rcvd: Jul 22, 2026                       Form ID: 212                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID              Recipient Name and Address**
db                       +  Omar Touri, 83 Sycamore Dr., Reading, PA 19606-9538

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

**Name                      Email Address**

DAVID W. TIDD
    on behalf of Debtor Omar Touri bankruptcy@davidtiddlaw.com

MATTHEW K. FISSEL
    on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                      Chapter: 13

     Omar Touri

Debtor(s)                                                   Case No: 21−11482−pmm

_____

*ORDER*

     AND NOW, July 22, 2026, it appearing that the debtor must file either a certificate regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the certificate regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall file

    ☐ A certificate regarding completion of an instructional course concerning
personal financial management, or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

               For The Court

               Patricia M. Mayer

               Judge, United States Bankruptcy
Court