UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Nguyen Thao Tran, | : | |
| | : | 21-11742-pmm |
| Debtor. | : | |
| | : | Chapter 13 |
| | : | |

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(p)

1. Pursuant to 11 U.S.C. Section 1328(a), I certify that I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then, and

2. Pursuant to 11 U.S.C. Section 1328(h), I certify that I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $214,000* in value in the aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

July 1, 2026

/s/ Nguyen Thao Tran
Nguyen Thao Tran