United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11482-pmm
Omar Touri Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Aug 17, 2026 Form ID: 138OBJ Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Omar Touri, 83 Sycamore Dr., Reading, PA 19606-9538 |
| 14610462 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14610474 | | David J Apothaker Esq, 520 Fellowship Rd Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14610478 | + | Monika Touri, 83 Sycamore Dr., Reading, PA 19606-9538 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 18 2026 02:07:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2026 02:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14610456 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 18 2026 02:07:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 168088, Irving, TX 75016 |
| 14610457 | + | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 02:17:14 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14610458 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 18 2026 02:07:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14610468 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 18 2026 02:07:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 14614380 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 18 2026 02:07:00 | Citizens Bank, N.A., One Citizens Bank Way, Mailstop JCA115, Johnston RI 02919 |
| 14610459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2026 02:07:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14612845 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 18 2026 02:07:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14610460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2026 02:07:01 | Capital One/Younkers, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610461 | + | Email/Text: bankruptcy@cavps.com | Aug 18 2026 02:07:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14613252 | + | Email/Text: bankruptcy@cavps.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 18 2026 02:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14610463 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2026 02:17:14 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 14610464 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 18 2026 02:07:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14610465 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2026 02:17:17 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610466 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2026 02:17:14 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2026 02:17:14 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 14610470 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2026 02:07:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610471 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2026 02:07:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14610472 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2026 02:07:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610473 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2026 02:07:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14612457 | | Email/Text: mrdiscen@discover.com | Aug 18 2026 02:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14610475 | + | Email/Text: mrdiscen@discover.com | Aug 18 2026 02:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14610476 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 18 2026 02:07:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 14610479 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 18 2026 02:07:00 | Quicken Loans, Inc., 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14611327 | ^ | MEBN | Aug 18 2026 02:04:36 | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14616624 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 18 2026 02:07:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14610480 | ^ | MEBN | Aug 18 2026 02:04:29 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14610481 | + | Email/Text: bankruptcy@signetjewelers.com | Aug 18 2026 02:07:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14610482 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 02:07:04 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610483 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 02:07:04 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610485 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 02:17:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610486 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 02:17:14 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14610484 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 02:17:14 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610487 | + | Email/Text: bncmail@w-legal.com | Aug 18 2026 02:07:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14610488 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 18 2026 02:04:37 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14610489 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 18 2026 02:07:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14615977 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 18 2026 02:07:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14610490 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 18 2026 02:07:01 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14610469 | | Citizens Bank |
| 14610477 | ## | Michael J. Dougherty, Esq., Weltman Weinberg & Reis Co, LPA, 170 S. Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Omar Touri bankruptcy@davidtiddlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

***Form 138OBJ*** (6/24)−doc 64 − 58

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Omar Touri<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 21−11482−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 17, 2026

For The Court

Mohung Wong
Clerk of Court