Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Omar Touri
83 Sycamore Dr.
Reading, PA 19606

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 21-11482-PMM**

Petition Filed Date: 05/24/2021
341 Hearing Date: 06/22/2021
Confirmation Date: 08/11/2022

Case Status: Completed on 7/ 6/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $131.00 | | 09/05/2025 | $131.00 | | 10/06/2025 | $131.00 | |
| 11/04/2025 | $131.00 | | 12/08/2025 | $131.00 | | 01/06/2026 | $131.00 | |
| 02/04/2026 | $131.00 | | 03/09/2026 | $131.00 | | 04/06/2026 | $131.00 | |
| 05/05/2026 | $131.00 | | 06/04/2026 | $131.00 | | 07/06/2026 | $131.00 | |

**Total Receipts for the Period: $1,572.00 Amount Refunded to Debtor Since Filing: $80.00 Total Receipts Since Filing: $6,757.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,127.78 | $13.87 | $5,113.91 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $11,120.48 | $30.07 | $11,090.41 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $17,156.99 | $46.39 | $17,110.60 |
| 4 | CITIZENS BANK NA<br>»» 004 | Unsecured Creditors | $5,851.68 | $15.82 | $5,835.86 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | QUICKEN LOANS INC<br>»» 006 | Mortgage Arrears | $2,321.67 | $2,321.67 | $0.00 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 0 | Omar Touri | Debtor Refunds | $80.00 | $80.00 | $0.00 |
| 7 | AMERICAN HONDA FINANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CCO MORTGAGE CORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE AUTO FINANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-11482-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | DAVID J APOTHAKER ESQUIRE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | HSBC BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | RAYMOUR & FLANIGAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | STERLING DBA KAY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | WELLS FARGO HOME MORTGAGE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,757.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $6,195.82 | Arrearages: | $0.00 |
| Paid to Trustee: | $561.18 | Total Plan Base: | $6,677.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.