**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Omar Touri

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    21-11482 PMM

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 5370

**Date of payment change:**
Must be at least 21 days after date of this notice        12/01/2021

**New total payment:**        $2476.03
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $964.54            New escrow payment:  $ 1081.38

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%        New interest rate:  _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Debtor(s)    <u>Omar                    Touri</u>    Case number *(if known)* <u>21-11482 PMM</u>
             First Name    Middle Name    Last Name

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Rebecca Solarz*                                    Date    10/13/2021
Signature
**Print:** Rebecca Solarz
       13 Oct 2021, 16:12:26, EDT

Title   <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701         Market Street, Suite 5000</u>
           Number      Street
           Philadelphia,                         PA    19106
           City                                  State    ZIP Code

Contact phone   (215) 627–1322            Email  <u>bkgroup@kmllawgroup.com</u>