**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Omar Touri**<br>                      **Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                      **Movant**<br>         **vs.**<br><br>**Omar Touri**<br>                      **Debtor(s)**<br><br>**Scott F. Waterman**,<br>**Trustee** | **BK NO. 21-11482 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 6** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 14, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Omar Touri
83 Sycamore Drive
Reading, PA 19606

<u>Attorney for Debtor(s)</u>
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA 19605

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>October 14, 2021</u>

                                                  **/s/Rebecca A. Solarz, Esquire**
                                                  Rebecca A. Solarz, Esquire
                                                  Phone: (215) 825-6327
                                                  Email: <u>rsolarz@kmllawgroup.com</u>